IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HAWAII LABORERS' TRUST FUNDS, ET AL., | ) ) ) | CV 06-00551 SOM-BMK |
| Plaintiff(s), | ) ) | ORDER ADOPTING MAGISTRATE JUDGE'S |
| vs. | ) ) | FINDINGS AND RECOMMENDATION |
| KASIH & CO., LLC, a Hawaii corporation, | ) ) ) | |
| Defendant. _____ | ) ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and sent to all parties on July 23, 2007, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

The mailing to Defendant was returned as undeliverable, and Defendant, which was served by publication, has provided no usable address to the court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 14, 2007.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge